IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jennifer Stadelmann,

Plaintiff(s),

v.

Siemens Industry, Inc.,

Defendant(s).

Case No. 20-cv-4550
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: The Court grants Siemens' motion for summary judgment and enters judgment for Siemens on Stadelmann's complaint.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for summary judgment.

Date: 9/12/2022                              Thomas G. Bruton, Clerk of Court

                                             Rhonda Johnson, Deputy Clerk